District Judge Richard A. Jones
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UJWALIE MERCINE MENDONCA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. C21-153-RAJ-MLP<br><br>STIPULATED MOTION TO<br>EXTEND DEADLINE<br>AND ORDER |

　　　The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from April 12, 2021 to May 3, 2020. Good cause exists for the requested extension. Plaintiff brings this litigation seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-765 and I-539 applications. Dkt. No. 1. Plaintiff has recently completed her biometrics appointment and USCIS is in the process of adjudicating the applications. The Parties acknowledge that adjudication may resolve this litigation.

　　　Accordingly, the Parties respectfully request an extension of the deadline for Defendants' Answer until May 3, 2021.

//

STIPULATED MOTION TO EXTEND DEADLINES AND ORDER
C21-116-RAJ-MLP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 7, 2021

*s/ Ralph Hua*
RALPH HUA, WSBA #42189
Fisher Phillips LLP
1201 3rd Avenue, Suite 2750
Seattle, WA 98101
Phone: 206-247-7014
Email: rhua@fisherphillips.com

*Attorney for Plaintiff*

DATED: April 7, 2021

*s/ Michelle R. Lambert*
MICHELLE LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

## ORDER

It is so **ORDERED**. Defendants' answer deadline is extended to May 3, 2021.

Dated this 12th day of April, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION TO EXTEND DEADLINES AND ORDER
C21-116-RAJ-MLP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970